IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIRK GRAY**                                                                                   **PLAINTIFF**

v.                                    Case No. 4:21-cv-01208 KGB

**UNUM LIFE INSURANCE
COMPANY OF AMERICA**                                                        **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 23). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. All claims in this action are hereby dismissed with prejudice. Each party shall bear his or its own costs, attorney's fees, and expenses of litigation.

It is so ordered this 17th day of August 2022.

Kristine G. Baker
United States District Judge